**James Eugene WOLF, Plaintiff–Appellant**

v.

**HOENE RIDGE SUBDIVISION; Kelly A. Kelly, Defendants–Appellees**

**No. 16-1143**

United States Court of Appeals, Eighth Circuit.

Submitted: August 1, 2016

Filed: October 14, 2016

James Eugene Wolf, Pro Se.

Scott C. Harper, Aaron I. Mandel, BRINKER & DOYEN, Saint Louis, MO, for Defendants–Appellees.

Before LOKEN, BENTON, and KELLY, Circuit Judges.

**PER CURIAM.**

James Eugene Wolf appeals the district court's[1] order dismissing his claims under 18 U.S.C. §§ 241, 242, 844, and 1961 *et seq.*; and 42 U.S.C. §§ 3631 and 12101 *et seq.* Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

A careful review of the record reveals that Wolf is not entitled to relief for the reasons stated by the district court. The motion to strike appellees' brief is denied.

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.